Isaac G. Johnson and Company, Respondent, v. Elizabeth J. Cox and Isabel Cox, Appellants (Originally Impleaded with Walter Cox).— Judgment affirmed, with costs. No opinion.

The New York Juvenile Asylum, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

Ferdinando De Luca, Appellant, v. Archer Manufacturing Company, Respondent.— Determination affirmed, with costs. No opinion.

Charles Olsen, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Laughlin, J., dissenting.

Max Doring, Respondent, v. Paul S. Brown, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $300, in which event, judgment as so modified an. order affirmed, without costs. No opinion. Settle order on notice.

George A. Raftery, Respondent, v. C. B. Russell Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Laughlin, J., dissenting.

Joseph S. Atkins, Respondent, v. Timothy E. Fitzpatrick, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph D. Redding, Respondent, v. Mary Adelaide Mizner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Samuel E. Fairfield, Appellant, to Confirm and Approve the Express Agreement for His Retainer Fee, as Counsel, by William M. Campbell, Respondent, to Secure the Estate of. Mary J. Oliver, Deceased, Intestate, to the Custody and Control of Said William M. Campbell, as He Is Administrator Thereof and Committee of the Person and Property of Hattie A. Campbell, His Mother, an Incompetent Person, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the Mayor, Aldermen and Commonalty of the City of New York, Relative to Acquiring Title, etc., for the Purpose of Opening East One Hundred and Seventy-eighth Street, etc., from Creston Avenue to Ryer Avenue, etc. Charlotte Aschenbrenner, Appellant; Thomas J. Lock and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph F. Sinclair, Respondent, v. John Zipfel, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward La Montagne and Others, Respondents, v. The Bank of New York National Banking Association, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Morris Jacoby and Seymour Bookman, Appellants, v. The Trust Company of America, as Executor of Simon M. Simpson, Deceased, Respondent.— Order modified by providing that the relief granted is upon condition that defendant pay all costs of the action to the date of the order and ten dollars costs of the motion, and as so modified affirmed, without costs. No opinion. Settle order on notice.

George Streat, Respondent, v. Alfred Wolf, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.